# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.  PLEA AGREEMENT HEARING

**DIANE D. STURGIS**  Case No. 1:20CR158

---

HONORABLE LIAM O'GRADY presiding  Time Called: 12:41 p.m.
Proceeding Held: July 28, 2020  Time Concluded: 1:18 p.m.
Deputy Clerk: Amanda  Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:  Edward Sullivan

DIANE STURGIS in person and by:  Jeffrey Zimmerman, Michael Thomas van der Veen

INTERPRETER: None  ☐ Interpreter Sworn

---

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea Agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☐ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☐ Mandatory minimum sentence
  - ☒ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

---

- ☒ GUILTY plea entered to Count(s) One of the ☐ indictment, ☐ superseding indictment, ☒ information
- ☒ PSR ordered
- ☒ Sentencing set for: November 17, 2020 at 10:30 a.m.

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- X  Waiver of Indictment filed knowingly and voluntarily

---

☐ Detention continued; or  ☒ Bond set:  ☐ as previously set, or  ☐ as modified: