IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT

MAR 3 0 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DIANE D. STURGIS, )<br>)<br>*Defendant.* )<br>_____ ) | Criminal No. 1:20CR158 (LO) |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of $ 45,000.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to: U.S. Agency for Global Media (USAGM), Attn: CFO, Accounts Payable, 330 Independence Avenue, SW Washington, DC 20237.

4. Interest:

    __X__ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 200. per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

_____
Honorable Liam O'Grady.
Senior United States District Judge

ENTERED this 30 day of March 2021.
at Alexandria, Virginia

WE ASK FOR THIS:

Raj Parekh
Acting United States Attorney

Corey D. Amundson
Chief, Public Integrity Section

_____
Edward P. Sullivan
Special Assistant United States Attorney (LT)
Senior Litigation Counsel, Public Integrity Section
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Email: Edward.P.Sullivan@usdoj.gov

SEEN AND AGREED:

_____
Diane D. Sturgis
Defendant

_____
Jeffrey Daniel Zimmerman, Esq.
Counsel for Defendant
108 North Alfred Street
Alexandria, VA 22314
Telephone: 703-548-8911
Email: zimpacer@gmail.com

_____
Michael T. van der Veen, Esq.
Richard Coble, Esq.
van der Veen, O'Neill, Hartshorn, Levin
1219 Spruce Street
Philadelphia, PA 19107
Tel: (215) 546-1000
Email: mtv@mtvlaw.com

2