IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 0422 1:20CR00158-001 |
| ) | |
| DIANE STURGIS ) | |
| ) | |
| Defendant. ) | |

This, the 5th day of May, 2021

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

Respectfully submitted,

s/ Diane Sturgis
Pro Se
322 Strurgess Court
Glassboro, NJ. 08028
Dsturgis1959@outlook.com

25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 0422 1:20CR00158-001 |
| DIANE STURGIS | ) ) ) |
| Defendant. | ) ) |

This, the 5th day of May, 2021

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I Federal Expressed printed Motion with Exhibits to have filed in Case 0422 1:20CR00158-001; which then the District Court Clerk will file to all of the attorneys of record.

Respectfully submitted,

*s/ Diane Sturgis*
Pro Se
322 Strurgess Court
Glassboro, NJ. 08028
Dsturgis1959@outlook.com

The Honorable Liam O'Grady
United States District Judge

Edward P Sullivan
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
NA
703-299-3700
Edward.P.Sullivan@usdoj.gov

Jeffrey Daniel Zimmerman
Jeffrey Zimmerman PLLC
108 North Alfred Street
Alexandria, VA 22314
703-548-8911
703-548-8935 (fax)
mailto:zimpacer@gmail.com

Michael van der Veen
Van der Veen, O'Neill, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA. 19107
mtv@mtvlaw.com
215-546-1000